MCGREGOR W. SCOTT
United States Attorney
GRANT B. RABENN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:16-CR-00121-LJO-SKO |
| Plaintiff, | MOTION TO DISMISS INDICTMENT; ORDER |
| v. | |
| JAN BISTERFELD,<br>Aka "Janviste Ulrick Bisterfeld,<br>Aka "Jay Best,"<br>Aka "CoinGuys,"<br>Aka "cortex," | |
| Defendant. | |

Under Rule 48(a) of the Federal Rules of Criminal Procedure, the United States moves for an order dismissing the indictment in this case. Since the case was indicted in 2016, the government has been unable to locate the defendant, who is believed to be residing in Germany. The government believes that it is unlikely that it will be able to extradite the defendant. As such, the interests of justice, at this time, would best be served by having the court dismiss the indictment, without prejudice, and recalling the related arrest warrant for the defendant.

Dated: September 9, 2019            MCGREGOR W. SCOTT
                                                  United States Attorney

                                        By: /s/ GRANT B. RABENN
                                                    GRANT B. RABENN
                                                    Assistant United States Attorney

## ORDER

Under Rule 48(a) of the Federal Rules of Criminal Procedure, the United States has moved for an order dismissing the indictment in the above-captioned action against the defendant.

It is hereby ORDERED that the indictment is dismissed, without prejudice, and the related arrest warrant is recalled.

IT IS SO ORDERED.

Dated: **September 9, 2019**

UNITED STATES DISTRICT JUDGE